AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSHUA JOHNNY BLASH,

Plaintiff,

v.

LIEUTENANT WAYCASTER et al.,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV621-75

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 26, 2022, Plaintiff's claims are dismissed.

This action stands closed.

| August 26, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020